■ In the Matter of JOEL JAYSON, Petitioner, against ROBERT A. GLASSER et al., Constituting the Harness Racing Commission of the State of New York, Respondents.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Bastow, JJ.

■ In the Matter of LOUIS SABEL, Appellant, against WILLIAM S. HULTS, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Bastow, JJ.

■ In the Matter of ALFONSO BENAVIDES, Appellant, against ROBERT E. HERMAN, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ HERBERT J. SIMS & Co., INC., Respondent, v. ZARA CONTRACTING CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, v. STEVEN STILL, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ ANDREW W. PLESS et al., Respondents, v. NATIONWIDE MUTUAL INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OLIVER ROBINSON, Appellant.— Order unanimously affirmed, without costs. On the petition before us the disposition was correct. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ KENNETH SELPH, Respondent, v. LUTHER VANCE, Appellant.— Order unanimously reversed, on the law, with $20 costs and disbursements of this appeal to abide the event, and the motion for summary judgment denied. Factual issues are presented that require a trial. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ In the Matter of MARIE M. LA GUARDIA et al., Individually and as Members of the Board of Directors of the Park Association of New York City, Inc., Appellants, against CITY OF NEW YORK et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Bastow, JJ. [22 Misc 2d 340.]

■ JACQUES L. GALEF et al., as Executors of BENNETT G. GALEF, Deceased, Appellants, v. AMERICAN AIRLINES, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ HUDSON & MANHATTAN RAILROAD COMPANY, HERMAN T. STICHMAN, as Trustee, Appellant, v. HANSCOM BAKING CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Bastow, JJ.